UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          NO. CR. S-06-250 LKK

    Plaintiff,

  v.                           O R D E R

GEORGE BEMIS ROBERTS,

    Defendant.
_____/

    The court is in receipt of an Ex Parte application to terminate supervised release.  The United States is directed to file a response within fifteen (15) days.

    IT IS SO ORDERED.

    DATED: January 3, 2008.

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

1