UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-06-250 LKK

    Plaintiff,

  v.                      O R D E R

GEORGE BEMIS ROBERTS,

    Defendant.
                                   /

    The court is in receipt of the government's response to defendant's ex parte application to terminate supervised release. The government has stated that it does not oppose the request to terminate his supervised release under 18 U.S.C. § 3583(e)(1). Accordingly, defendant's application is hereby GRANTED.

    IT IS SO ORDERED.

    DATED: January 14, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1